

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2019

No. 04-19-00629-CV

**IN THE INTEREST OF D.A.B., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00630
Honorable Richard Price, Judge Presiding

# O R D E R

The court reporter's first request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **October 14, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk